

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00524-CV

Janet **THOME**,
Appellant

v.

**GUADALUPE- BLANCO RIVER AUTHORITY**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1094-CV-A
Honorable Jan P. Patterson, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios Justice

Delivered and Filed: July 20, 2022

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal, stating that she no longer wishes to pursue it. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

PER CURIAM